## GRESSETT v. STATE.
### No. 20777.

Court of Criminal Appeals of Texas.

Jan. 24, 1940.

M. L. Bennett, of Normangee, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is swindling; the punishment, a fine of $25.

The caption fails to show when the term of court at which appellant was tried commenced. This defect requires a dismissal of the appeal.

The appeal must also be dismissed because of a defective recognizance. The copy of the recognizance embraced in the transcript fails to show that appellant has been convicted of any offense. Art. 831, C. C.P., sets out the proper form of recog-